IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 7 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| ANTHONY ROMAN, ) | Civil Action No.: 7:10-cv-524 |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| SAM'S CLUB/WALMART, et al., ) | Hon. James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

This matter is before the Court on Defendant Sam's Club's Motion for Summary Judgment. ECF No. 67. Also before the Court are Defendant's Motion for Contempt for Plaintiff's Noncompliance with the Court's August 14, 2012 Discovery Order, ECF No. 55, Plaintiff's Motion to Strike, ECF No. 64, Plaintiff's Second Motion to Strike, ECF No. 70, and Plaintiff's Motion for Sanctions. ECF No. 71. For good cause shown, it is hereby

### ADJUDGED AND ORDERED

that the Motion for Summary Judgment is **GRANTED**. All other motions are **DENIED**. This action is stricken from the active docket of the court.

The Clerk of Court is directed to send copies of this Order and accompanying Memorandum Opinion to counsel of record for the Defendant and to the *pro se* Plaintiff.

ENTER: This 7th day of January, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge